UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rogelio Carrillo,<br><br>                Plaintiff,<br><br>    v.<br><br>Siemens Mobility, Inc.,<br><br>                Defendant. | No. 2:24-cv-00556-KJM-CKD<br><br>RELATED CASE ORDER |
| Rogelio Carrillo,<br><br>                Plaintiff,<br><br>    v.<br><br>Siemens Mobility, Inc.,<br><br>                Defendant. | No. 2:24-cv-00646-KJM-CKD |
| Ronny Kaios,<br><br>                Plaintiff,<br><br>    v.<br><br>Siemens Mobility, Inc.,<br><br>                Defendant. | No. 2:22-cv-02318-MCE-CKD |

| | |
|---|---|
| Khamkoth Keopadubsy,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Siemens Mobility, Inc.,<br><br>　　　　　　Defendant. | No. 2:20-cv-01412-MCE-CKD |

Examination of the above-captioned actions reveals that they are related within the meaning of the Local Rules. "[The] actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3). The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge—it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that Case Nos. 2:22-cv-02318-MCE-CKD and 2:20-cv-01412-MCE-CKD are reassigned from District Judge England to the undersigned and will remain with Magistrate Judge Delaney. The caption on documents filed in the reassigned cases shall show Case Nos. 2:22-cv-02318-KJM-CKD and 2:20-cv-01412-KJM-CKD, respectively.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: July 31, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE